THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:20-CV-00067-FL

| | |
|---|---|
| U.S. MED SUPPLIES, LLC,<br>        Plaintiffs,<br><br>v.<br><br>GERI-CARE PHARMACEUTICALS CORP.; GERI-CARE PHARMACEUTICAL SUPPLY CO., LLC; and RAKAA MEDICAL CO. LTD<br>        Defendants. | **ENTRY OF DEFAULT** |

    Appearing that the complaint was filed in this case on January 23, 2020; that the summons and complaint were duly served upon the defendant Rakaa Medical Co. Ltd. on January 17, 2021, in accordance with this Court's Order of December 16, 2020 [DE 27], and no answer or other pleading has been filed by said defendant as required by law, nor has defendant Rakaa Medical Co. Ltd. appeared by counsel;

    Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, Rakaa Medical Co. Ltd., as provided in Rule 55(a), Federal Rules of Civil Procedure.

    SO ORDERED. This the 19 day of April, 2022

                                                            Clerk of Court