UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| U.S. MED SUPPLIES, LLC )<br>            Plaintiff, )<br>            )<br>v. )<br>            )<br>            )<br>GERI-CARE PHARMACEUTICALS, )<br>CORP, GERI-CARE PHARMACEUTICAL)<br>SUPPLY CO, LLC and RAKAA )<br>MEDICAL CO. LTD )<br>            Defendants ) | **AMENDED JUDGMENT**<br><br>No. 5:20-CV-67-FL |

**Decision by Court.**

On its own initiative, the court hereby enters the instant amended judgment to correct inadvertent omissions in the judgment entered July 24, 2023. This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Geri-Care defendants' motion for summary judgment, plaintiff's motion for summary judgment, and defendant Rakaa Medical Co. Ltd's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the order entered on February 23, 2023, and for the reasons set forth more specifically therein, Geri-Care defendants' motion for summary is GRANTED and Geri-Care defendants are dismissed from this case. Plaintiff's motion for summary judgment is DENIED. Defendant Rakaa Medical's motion to set aside default is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2023, and for the reasons set forth more specifically therein, defendant Rakaa Medical Co. Ltd's motion to dismiss is GRANTED, and plaintiff's claims against defendant Rakaa Medical Co. Ltd are dismissed in part for failure to state a claim and in part on the basis of the summary judgment record and the court's order entered February 23, 2023.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2023, and for the reasons set forth more specifically therein, that the court awards sanctions in favor of plaintiff, and against defendant Rakaa Medical Co. Ltd, in the amount of $24,699.83, and defendant Rakaa Medical Co. Ltd is DIRECTED to pay to plaintiff $24,699.83, on or before 60 days from the date of entry of the court's judgment.

**This Amended Judgment Filed and Entered on August 2, 2023, and Copies To:**
Richard W. Farrell (via CM/ECF Notice of Electronic Filing)
G. Alexander Novak / James H. Hash / Robert Henry Jessup, IV (via CM/ECF Notice of Electronic Filing)
Matthew W. Buckmiller (via CM/ECF Notice of Electronic Filing)

August 2, 2023                    PETER A. MOORE, JR., CLERK

                                                      /s/ Sandra K. Collins
                                                    (By) Sandra K. Collins, Deputy Clerk